UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA HARRIS<br>Plaintiff(s), | ) ) ) ) | |
| v. | ) ) | Case No. 4:21-cv-000475-DDN |
| EXPRESS SCRIPTS<br>Defendant(s). | ) ) ) ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

☐      The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to    assist    the    parties    in    reaching    a    settlement.    Revised    completion    deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

---

**Option 2**

☒      An ADR conference was held on: _____October 6, 2021_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____ _____.

The ADR referral was concluded on  October 6, 2021 . The parties [☒  did    ☐  did not] achieve a settlement.                                                                    ***Check One***

---

**Option 3**

☐      Although this case was referred to ADR, a conference WAS NOT HELD**.**

---

Date:    October 7, 2021    Neutral:    /s/ Francis X. Neuner, Jr.