**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TERESA HARRIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    No. 4: 21 CV 475 DDN |
| | ) |
| EXPRESS SCRIPTS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court having been advised by the designated neutral that this action has been settled,

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. **Failure to comply timely with this order may result in the dismissal of this action with prejudice.**

**IT IS FURTHER ORDERED** that the **November 7, 2022** trial date is vacated.

                                      /s/ David D. Noce
                            **UNITED STATES MAGISTRATE JUDGE**

Signed on October 13, 2021.