IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TERESA HARRIS, | ) | |
| | ) | |
| Plaintiff | ) | Cause No.: 4:21-cv-00475-DDD |
| | ) | |
| v. | ) | |
| | ) | |
| EXPRESS SCRIPTS, INC. | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Teresa Harris ("Plaintiff") and Defendant Express Scripts, Inc. ("Defendant") hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant shall each bear their own respective costs and fees.

Dated:  November 1, 2021

*/s/ Jeffrey D. Hackney*
Jeffrey D. Hackney
jhackney@hkm.com
**HKM Employment Attorneys, LLP**
7382 Pershing Ave.
St. Louis, MO 63130
Telephone / fax: 314.207.7135

Attorneys for Plaintiff

*/s/ Kimberly A. Yates (with consent)*
Kimberly A. Yates #49879MO
kyates@littler.com
Benjamin R. Marble #69207MO
bmarble@littler.com
**LITTLER MENDELSON, P.C.**
600 Washington Avenue, Suite 900
St. Louis, MO  63101
Telephone:  314.659.2000
Facsimile:  314.659.2099

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing via the Court's electronic filing system.

   /s/ Jeffrey D. Hackney